UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Ozinga Bros., Inc., et al., | ) |
|        Plaintiffs | ) |
| v. | ) Case No. 19 CV 7825 |
| Holcim (US) Inc., et al., | ) Honorable Charles R. Norgle |
|        Defendants | ) |

**NOTICE OF SETTLEMENT AND JOINT MOTION TO STAY THE ACTION**

Ozinga and Holcim have reached a settlement in principle that will involve dismissal of all claims in this action.[1] The Parties accordingly request a stay of this action for 180 days, until April 12, 2022, to finalize a settlement agreement as well as numerous commercial contracts between Ozinga and Holcim that the settlement contemplates. By that date, Ozinga and Holcim will either file stipulations under Rule 41 dismissing all claims and counterclaims against all Parties with prejudice, or the Parties will submit a joint status report. The Parties submit that good cause exists for granting this request, as set forth below.

    1.    Holcim and Ozinga have reached an agreement in principle that, when finalized, will result in voluntary dismissal of all claims and counterclaims in this action with prejudice, and without admission of fault by any of the Parties.

    2.    Because of the complex, longstanding business relationship between Holcim and Ozinga, the Parties' settlement in principle contemplates the execution of a number of

---

[1] "The Parties" refers collectively to all parties to this action: Ozinga Bros., Inc., Ozinga Cement Inc., Holcim (US) Inc., and Cutrara & Company. "Holcim" refers to Holcim (US) Inc. "Ozinga" refers collectively to Ozinga Bros., Inc. and Ozinga Cement Inc.

commercial contracts, as well as amendments to existing contracts, between Holcim and Ozinga as a condition of final settlement of this action.

3. To provide sufficient time for Holcim and Ozinga to negotiate and finalize those contracts, as well as a final settlement agreement, the Parties request a stay of all proceedings for 180 days. The Parties anticipate they will finalize the written settlement agreement and submit voluntary dismissals pursuant to Rule 41 during that time.

4. If Holcim and Ozinga have not filed stipulations within 180 days dismissing all claims in this action, the Parties will submit a joint status report providing the Court an update at that time.

5. Pursuant to this Court's order on June 1, 2021, the Parties are currently required to complete discovery by November 12, 2021.

6. The Parties wish to conclude the settlement without burdening the Court with additional filings or incurring unnecessary expense.

Accordingly, the Parties request that the Court grant a stay of this action, including all deadlines, until April 12, 2022.

Dated: October 14, 2021

*/s/ Jennifer Greenblatt*
Jennifer Greenblatt
Illinois Bar No. 6304769
Edward Dumoulin
Illinois Bar No. 6317398
Sarah Kinter
Illinois Bar No. 6332919
GOLDMAN ISMAIL TOMASELLI
BRENNAN & BAUM LLP
200 South Wacker Drive, 22nd Floor
Chicago, IL 60606
Tel: (312) 881-6000
jgreenblatt@goldmanismail.com
edumoulin@goldmanismail.com
skinter@goldmanismail.com

*Counsel for Holcim (US) Inc.*

*/s/ Kimberly E. Blair*
Kimberly E. Blair
Joseph J. Stafford
WILSON, ELSNER, MOSKOWITZ,
EDELMAN & DICKER LLP
55 West Monroe Street, STE 3800
Tel: (312) 704-0550
Fax: (312) 704-1522
Kimberley.blair@wilsoneler.com
Joseph.stafford@wilsoneler.com

*Counsel for Cutrara & Company*

*/s/ Michael F. Iasparro*
Timothy S. Breems, Sr.
Illinois Bar No. 6190184
Scott Nelson
Illinois Bar No. 6180673
RUFF, FREUD, BREEMS & NELSON LTD.
200 North LaSalle Street, STE 2020
Chicago, IL 60601
Tel: (312) 263-1345
Fax: (312) 263-1345
tbreems@rfbnlaw.com
snelson@rfbnlaw.com

Richard S. Porter
Illinois Bar No. 6209751
Michael F. Iasparro
Illinois Bar No. 6275169
HINSHAW & CULBERTSON LLP
100 Park Avenue
P.O. Box 1389
Rockford, IL 61105-1389
rporter@hinshawlaw.com
miasparro@hinshawlaw.com

*Counsel for Ozinga Bros., Inc. and Ozinga Cement, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 14, 2021, I caused the foregoing document to be electronically filed with the Clerk of the United States District Court for the Northern District of Illinois using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the electronic mail notice list.


Dated: October 14, 2021                                  */s/ Jennifer Greenblatt*  
                                                                          *Counsel for Holcim (US) Inc.*