UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Ozinga Bros., Inc. and Ozinga Cement, Inc., | ) |
| Plaintiffs | ) |
| v. | ) Case No. 19 CV 7825 |
| Holcim (US) Inc. and Cutrara & Company, | ) Honorable Charles R. Norgle |
| Defendants | ) |

## STIPULATION OF DISMISSAL OF ALL CLAIMS AND COUNTERCLAIMS WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs-Counter-Defendants Ozinga Bros., Inc. and Ozinga Cement, Inc., formerly known as Chicago Cement, Inc., Defendant-Counter-Plaintiff Holcim (US) Inc., and Defendant Cutrara & Company hereby stipulate to the dismissal with prejudice of all claims and counterclaims in this action and stipulate to the dismissal with prejudice of this action in its entirety. Therefore, this matter shall be dismissed with prejudice, with each party to bear its own attorneys' fees, costs, and expenses in this action.

Dated: January 7, 2022

| | |
|---|---|
| */s/ Edward Dumoulin* | */s/ Richard S. Porter* |
| Jennifer Greenblatt | Richard S. Porter |
| Illinois Bar No. 6304769 | Illinois Bar No. 6209751 |
| Edward Dumoulin | Michael F. Iasparro |
| Illinois Bar No. 6317398 | Illinois Bar No. 6275169 |
| Sarah Kinter | HINSHAW & CULBERTSON LLP |
| Illinois Bar No. 6332919 | 100 Park Avenue |
| GOLDMAN ISMAIL TOMASELLI | P.O. Box 1389 |
| BRENNAN & BAUM LLP | Rockford, IL 61105-1389 |
| 200 South Wacker Drive, 22nd Floor | rporter@hinshawlaw.com |
| Chicago, IL 60606 | miasparro@hinshawlaw.com |
| Tel: (312) 881-6000 | |
| jgreenblatt@goldmanismail.com | Timothy S. Breems, Sr. |
| edumoulin@goldmanismail.com | Illinois Bar No. 6190184 |
| skinter@goldmanismail.com | Scott Nelson |
| | Illinois Bar No. 6180673 |
| *Counsel for Holcim (US) Inc.* | RUFF, FREUD, BREEMS & NELSON LTD. |
| | 200 North LaSalle Street, STE 2020 |
| */s/ Kimberly E. Blair* | Chicago, IL 60601 |
| Kimberly E. Blair | Tel: (312) 263-1345 |
| Joseph J. Stafford | Fax: (312) 263-1345 |
| WILSON, ELSNER, MOSKOWITZ, | tbreems@rfbnlaw.com |
| EDELMAN & DICKER LLP | snelson@rfbnlaw.com |
| 55 West Monroe Street, STE 3800 | |
| Tel: (312) 704-0550 | *Counsel for Ozinga Bros., Inc. and Ozinga Cement, Inc.* |
| Fax: (312) 704-1522 | |
| Kimberley.blair@wilsoneler.com | |
| Joseph.stafford@wilsoneler.com | |
| | |
| *Counsel for Cutrara & Company* | |

## **CERTIFICATE OF SERVICE**

     I hereby certify that on January 7, 2022, I caused the foregoing document to be electronically filed with the Clerk of the United States District Court for the Northern District of Illinois using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the electronic mail notice list.

Dated: January 7, 2022                                           */s/Richard S. Porter*
                                                                                          *Counsel for Ozinga Bros., Inc. and Ozinga Cement, Inc.*