# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Ozinga Bros., Inc., et al.
                              Plaintiff,

v.                                                        Case No.: 1:19–cv–07825
                                                               Honorable Charles R. Norgle Sr.

Holcim (US) Inc., et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 10, 2022:

      MINUTE entry before the Honorable Charles R. Norgle: Stipulation of dismissal of all claims and counterclaims with prejudice filed [56]. Case dismissed with prejudice, with each party to bear its own attorneys' fees, costs, and expenses. Civil case terminated. Mailed notice (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.